UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOW NATURAL HEALTH MINISTRY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 23-cv-01252-SI<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT**<br><br>Re: Dkt. No. 18 |

Before the Court is Magistrate Judge Beeler's Report and Recommendation recommending that the Court dismiss this matter without leave to amend. Dkt. No. 18. For the reasons discussed below, the Court hereby **ADOPTS** Judge Beeler's Report and Recommendation and **DISMISSES** plaintiff's complaint with prejudice and without leave to amend.

The complaint was filed on March 17, 2023, by Juli Anne Mazi[1] and Glow Natural Health Ministry, an entity affiliated with Mazi. Mazi represents herself and is proceeding in forma pauperis.[2] Dkt. No. 2. Mazi's complaint is unintelligible but appears to be a collateral attack on her recent criminal conviction for wire fraud and false statements related to health care matters. *See United States v. Mazi*, No. 22-cr-00036-CRB. The complaint is 680 pages long, including 678 pages of unintelligible attachments. *See* Dkt. No. 1.

On July 2, Judge Beeler issued a screening order pursuant to 28 U.S.C. § 1915(e)(2)(B).

---

[1] The initial complaint uses the spelling "Julie-Anne Mazi" but plaintiff submitted a filing correcting the spelling to "Juli Anne Mazi." Dkt. No. 6. "Juli Ann Mazi" is the spelling used in plaintiff's other documents and in her criminal case, *United States v. Mazi*, No. 22-cr-00036-CRB.

[2] The Court notes that Glow Natural Health Ministry is not a natural person and cannot represent itself; nor can it be represented by Mazi, who is not an attorney. This is an independent reason to dismiss all claims by Global Natural Health Ministry.

1  Dkt. No. 12.  Judge Beeler found that the complaint "appears to be an impermissible collateral attack
2  on [Mazi's] criminal conviction" and "[o]therwise, there is no plain statement of what the plaintiff
3  wants and why she wants it." *Id.* at 4.  Judge Beeler dismissed the claim with leave to amend by
4  August 14, requiring that the amended complaint must identify each claim and state the specific
5  facts relating to that claim without reliance on attachments.  *Id.*

6  Plaintiff did not file an amended complaint; instead, she filed a letter, hundreds of pages of
7  largely duplicative documents, notices addressed to people involved in the criminal case, and a
8  request for a telephone conference.  Dkt. Nos. 13–16.

9  On August 7, Judge Beeler issued an order reassigning the case along with a report and
10 recommendation that the case be dismissed with prejudice.  Dkt. No. 18.  The report and
11 recommendation observed that even if the Court considered the new filings together as an amended
12 complaint, "they do not correct the deficiencies identified in the prior complaint."  *Id.* at 2.  Judge
13 Beeler once again found that plaintiff's filings were frivolous because they appeared to be an
14 impermissible collateral attack on Mazi's criminal conviction and otherwise contained no short and
15 plain statement of plaintiff's claims.  *Id.* at 2–3.  No objection has been filed.

16 The Court agrees with Judge Beeler's reasoning and hereby **ADOPTS** Judge Beeler's report
17 and recommendation.  The Court finds that amendment would be futile.  The complaint is
18 **DISMISSED with prejudice and without leave to amend.**

19 **IT IS SO ORDERED**.

20 Dated: August 22, 2023

   _____
   SUSAN ILLSTON
   United States District Judge