UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOW NATURAL HEALTH MINISTRY, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>UNITED STATES OF AMERICA, <br><br>　　　　Defendant. | Case No. 23-cv-01252-SI <br><br>**JUDGMENT** |

The Court has dismissed the complaint without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 22, 2023

_____
SUSAN ILLSTON
United States District Judge